Jason Yearwood, Appellant, v Post Park, LLC, et al., Respondents. [936 NYS2d 893]

A motion to vacate an order based on excusable default requires the movant to demonstrate a reasonable excuse for the default and the existence of a potentially meritorious claim or defense (*see Alberton Devs., Inc. v All Trade Enters., Inc.*, 74 AD3d 1000 [2010]; *White v Incorporated Vil. of Hempstead*, 41 AD3d 709, 710 [2007]; *Lee v Arellano*, 18 AD3d 620 [2005]; *Kumar v Yonkers Contr. Co., Inc.*, 14 AD3d 493, 494 [2005]; *Reices v Catholic Med. Ctr. of Brooklyn & Queens*, 306 AD2d 394 [2003]).

Under the circumstances here, the plaintiff offered a reasonable excuse for his default and demonstrated the existence of a potentially meritorious claim (*see White v Incorporated Vil. of Hempstead*, 41 AD3d at 710; *Reices v Catholic Med. Ctr. of Brooklyn & Queens*, 306 AD2d 394 [2003]). Accordingly, the Supreme Court should have granted the plaintiff's motion to vacate the order entered July 9, 2010. Dillon, J.P., Balkin, Leventhal and Belen, JJ., concur.